# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                     CASE NO.  3:08cr75 LAC

RICHARD SCHALLER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    April 21, 2009

Motion/Pleadings:  MOTION TO DISQUALIFY COUNSEL FOR CONFLICT OF INTEREST

Filed by  DEFENDANT    on 4/21/09    Doc.# 68

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of April, 2009, that:*

*(a) The relief requested is **DENIED**.  MOOT.*

*(b) _____*

                                                          *s/L.A. Collier*
                                                          ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.