# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:08cr75 LAC

RICHARD SCHALLER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   April 22, 2009

Motion/Pleadings: AMENDED MOTION TO DISQUALIFY COUNSEL FOR CONFLICT OF INTEREST

Filed by DEFENDANT   on 4/22/09   Doc.# 69

RESPONSES:

                              on               Doc.#

                              on               Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                WILLIAM M. McCOOL, CLERK OF COURT

                                *s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of April, 2009, that:*

*(a) The relief requested is **DENIED.  MOOT.***

*(b)* _____

                                                  *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
                                       *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.