**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                         CASE NO. 3:08cr75 LAC

RICHARD SCHALLER

SEALED
**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 10, 2009
Motion/Pleadings: EX PARTE APPLICATION FOR ISSUANCE OF WITNESS SUBPOENAS AND REQUEST FOR SEALING
Filed by DEFENDANT   on 7/7/09   Doc.# 99

RESPONSES:

                        on         Doc.#
                        on         Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of hearing held 17 July 2009.*

                                                    *s/L.A. Collier*
                                                   **LACEY A. COLLIER**
                                              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.