**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                                          CASE NO. 3:08cr75 LAC

RICHARD SCHALLER

                                                  SEALED
**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     July 15, 2009
Motion/Pleadings:  EX PARTE APPLICATION FOR ISSUANCE OF WITNESS
SUBPOENAS AND REQUEST FOR SEALING
Filed by DEFENDANT         on 7/14/09     Doc.# 101

RESPONSES:

                                            on             Doc.#
                                            on             Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         *s/Mary Maloy*
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2009, that:*

*(a) The relief requested is **DENIED.***
*(b) See record of hearing held 17 July 2009.*

                                                                 s/*L.A. Collier*
                                                           ***LACEY A. COLLIER***
                                                 *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.