**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                              CASE NO. 3:08cr75 LAC

RICHARD SCHALLER

SEALED
**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____July 15, 2009_____

Motion/Pleadings: _THIRD EX PARTE APPLICATION FOR ISSUANCE OF WITNESS_
_SUBPOENAS AND REQUEST FOR SEALING_

Filed by _DEFENDANT_ on _7/15/09_ Doc.# _104_

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2009, that:*

*(a) The relief requested is* ***DENIED.***

*(b) See record of hearing held 17 July 2009.*

                                                s/*L.A. Collier*

                                               ***LACEY A. COLLIER***
                            ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.