**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                 CASE NO. 3:08cr75 LAC

RICHARD SCHALLER

                                SEALED
**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 17, 2009
Motion/Pleadings: EX PARTE APPLICATION FOR ISSUANCE OF WITNESS SUBPOENAS AND REQUEST FOR SEALING
Filed by DEFENDANT     on 7/17/09     Doc.# 106

RESPONSES:

                                                on           Doc.#
                                                on           Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                *s/Mary Maloy*
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2009, that:*

*(a) The relief requested is* **DENIED.**
*(b) See record of hearing held 17 July 2009.*

                                                                 *s/L.A. Collier*
                                                              ***LACEY A. COLLIER***
                                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.