# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                 CASE NO. 3:08cr75 LAC

RICHARD SCHALLER

**SEALED**
**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    July 21, 2009

Motion/Pleadings: FIFTH EX PARTE APPLICATION FOR ISSUANCE OF WITNESS SUBPOENAS AND REQUEST FOR SEALING

Filed by DEFT     on 7/20/09    Doc.# 121

RESPONSES:

                                   on         Doc.#
                                   on         Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)           Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of July, 2009, that:*

*(a) The relief requested is **GRANTED** in part.*

*(b) Subpoenas will be issued for Gene G. Barker, Chad Hamilton, Richard P. Ianieri, Mark O'Hair, Theodore G. Sumrall, and Custodian of Records.*

                                                 s/*L.A. Collier*

                                                 ***LACEY A. COLLIER***
                                     *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.