# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS          CASE NO. 3:08cr75 LAC

RICHARD SCHALLER

**SEALED**
**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    July 21, 2009
Motion/Pleadings: SUPPLEMENT TO FIFTH EX PARTE APPLICATION FOR ISSUANCE OF WITNESS SUBPOENAS AND REQUEST FOR SEALING (DOC #121)
Filed by DEFT on 7/21/09 Doc.# 124

RESPONSES:

     on      Doc.#
     on      Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)      Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of July, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.