# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:08cr75 LAC

RICHARD SCHALLER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   __August 3, 2009__

Motion/Pleadings: __MOTION FOR RELEASE PENDING SENENCING PURSUANT TO 18__ __U.S.C. § 3143(a)__

Filed by __DEFT__               on __7/31/09__        Doc.# __142__

RESPONSES:

__IN OPPOSITION BY GOVT__      on __8/3/09__        Doc.# __148__

_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

                         WILLIAM M. McCOOL, CLERK OF COURT

                         _s/Mary Maloy_

__LC (1 OR 2)__                      Deputy Clerk: Mary Maloy

# _ORDER_

_Upon consideration of the foregoing, it is ORDERED this 4th day of August, 2009, that:_

_(a) The relief requested is **DENIED**._

_(b) 18 USC §3143(a) directs that a person who has been found guilty be detained unless the Court finds by clear and convincing evidence that the person is not likely to pose a danger to the safety of any other person or the community if released. The court can not make such a finding. The conduct of this defendant as outlined in the Government's well reasoned response to his motion for release leads to the conclusion that "[t]he defendant's persistent, relentless and irrational conduct is a manifestation of the dangerousness."_

                               s/_L. A. Collier_

                                __LACEY A. COLLIER__

Entered On Docket: _____ By: __   __Senior United States District Judge__

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.