# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                  Case No.3:08cr75LAC

RICHARD SCHALLER

_____

## ORDER

Your document, **Motion for a stay in the judgment and release pending appeal.**, was referred to the undersigned with the following deficiencies:

    Pursuant to Local Rule 11.1(D), any party represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For this reason, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 22nd day of October, 2009.

                                    *s/L.A. Collier*
                                    LACEY A. COLLIER
                                    SENIOR UNITED STATES DISTRICT JUDGE