# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:08CR75/LAC/MD

RICHARD SCHALLER

## ORDER

Defendant's, **MOTION FOR ORDERING THE RECORD ON APPEAL and CJA 24 Form (received 10/28/09)**, was referred to the undersigned with the following deficiencies:

> Pursuant to Local Rule 11.1(D), any party represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For this reason, IT IS ORDERED that:

XX   The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 29th day of October, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE