**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

      VS                                        CASE NO.  3:08CR75/LAC

RICHARD SCHALLER

**REFERRAL AND ORDER**

Referred to Senior Judge Lacey Collier on <u>October 29, 2009</u>
Motion/Pleadings: <u>MOTION TO PROCEED PRO SE</u>
Filed by<u>Defendant</u>              on <u>10/29/09</u>     Doc.# <u>183</u>
RESPONSES:

                                        on            Doc.#
                                        on            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                WILLIAM M. McCOOL, CLERK OF COURT

                                *s/ Katherine V. Goodman*
_____         Deputy Clerk: Katherine V. Goodman

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of November, 2009, that:*

*(a) The relief requested is* ***DENIED.***

*(b) Until you find a more experienced appeal attorney.*

                                *s/L.A. Collier*
                                  *Lacey A. Collier*
                   *United States Senior District Judge*